# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-04700-JSA
## Nichols v. Fannin
## Honorable Justin S Anand

Minute Sheet for proceedings held In Open Court on 11/14/2017.

TIME COURT COMMENCED: 8:34 A.M.
TIME COURT CONCLUDED: 4:54 P.M.
TIME IN COURT: 7:20
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
CSO/DUSM: Daniel Mustapher
DEPUTY CLERK: B. Graves

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Maha Amircani representing Wayne Nichols<br>Hilliard Castilla representing Andrew Fannin<br>Denise Hoying representing Andrew Fannin<br>Thomas Trask representing Wayne Nichols |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | The Court discussed jury instructions with the parties. The jurors entered the Courtroom. Plaintiff witnesses, sworn and testified: 1) Andrew Fannin, 2) Dr. Michael Freeman, 3) Carol Guthrie, 4) Genessa Dauberman. The jury heard prior sworn testimony from 1) Kelly Agan, 2) Eric Prater and 3) John Gugino. The jury also heard sworn video testimony of 1) Dr. James L. Chappuis and 2) Dr. Kamal Kabakibou. Plaintiff's exhibit #3, admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 11/15/17 at 9:00 a.m.. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |