# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-04700-JSA
## Nichols v. Fannin
## Honorable Justin S Anand

Minute Sheet for proceedings held In Open Court on 11/15/2017.

TIME COURT COMMENCED: 9:17 A.M.
TIME COURT CONCLUDED: 4:42 P.M.
TIME IN COURT: 6:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
CSO/DUSM: Daniel Mustapher
DEPUTY CLERK: B. Graves

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Maha Amircani representing Wayne Nichols<br>Hilliard Castilla representing Andrew Fannin<br>Denise Hoying representing Andrew Fannin<br>Thomas Trask representing Wayne Nichols |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | The video testimony of Dr. Kamal Kabakibou continued from yesterday. Plaintiff Wayne Nichols, sworn and testified. Plaintiff's exhibits 1, 3-32, admitted. Plaintiff rests. Defendant's witnesses, sworn and testified: 1) Kelly Agan and 2) George Lee Cross, MD. The jury is excused for the day. Out of the presence of the jury, the Defendant moved for a mistrial and directed verdict. The Court heard argument and denied the motions for mistrial and directed verdict. Counsel and the Court held a charge conference. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 11/16/17 at 9:00 a.m. Jurors excused until the above time under the usual caution of the Court. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |