# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-04700-JSA
## Nichols v. Fannin
## Honorable Justin S Anand

Minute Sheet for proceedings held In Open Court on 11/16/2017.

| | |
|---|---|
| TIME COURT COMMENCED: 10:04 A.M. | COURT REPORTER: Jana Colter |
| TIME COURT CONCLUDED: 5:05 P.M. | CSO/DUSM: Daniel Mustapher |
| TIME IN COURT: 6:01 | DEPUTY CLERK: B. Graves |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Maha Amircani representing Wayne Nichols<br>Hilliard Castilla representing Andrew Fannin<br>Denise Hoying representing Andrew Fannin<br>Thomas Trask representing Wayne Nichols |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| PLEADINGS FILED IN COURT: | Oral Motion for Mistrial |
| MINUTE TEXT: | The Defendant's witness Charles Bain, sworn and testified. Rebuttal witnesses, 1) Kelly Agan (transcript), 2) Wayne Nichols, 3) Andrew Fannin and 4) Genessa Dauberman, sworn and testified. Defendant's exhibits 6, 7, 8, admitted. Defense rests. The oral motion was denied. Closing arguments by counsel for Plaintiff and Defendant. The Court gave instructions to the jury. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 11/17/17 at 9:00 a.m. Jurors excused until the above time under the usual caution of the Court. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |