# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-04700-JSA
## Nichols v. Fannin
## Honorable Justin S Anand

Minute Sheet for proceedings held In Open Court on 11/17/2017.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 1:21 P.M.
TIME IN COURT: 4:21
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
CSO/DUSM: Horace Toney
DEPUTY CLERK: B. Graves

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Maha Amircani representing Wayne Nichols<br>Hilliard Castilla representing Andrew Fannin<br>Denise Hoying representing Andrew Fannin<br>Thomas Trask representing Wayne Nichols |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | Jury began deliberations. Jury reached a verdict. Court published the verdict. Jury found in favor of the Plaintiff. |
| TRIAL STATUS: | Trial Completed-Completed by Jury Verdict |